Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BARBARA PALMER,<br><br>Plaintiff,<br><br>vs.<br><br>HAGGEN INC., a Washington corporation d/b/a TOP FOODS #75; STEWART'S FOOD INC., a Washington corporation; DBSI-DISCOVERY REAL ESTATE SERVICES LLC, an Idaho limited liability company; and JOHN DOES I through X,<br><br>Defendants. | No. CV:09-5763-BHS<br><br>**ORDER GRANTING DEFENDANT STEWART'S FOOD, INC.'S MOTION FOR SUMMARY JUDGMENT** |

**THIS MATTER** came before the Court on defendant Stewart's Food, Inc.'s motion for summary judgment. The Court considered the records and files in this case, the pleadings and evidence filed in support of the motion, and the plaintiff's statement of non-opposition.

///

///

ORDER GRANTING DEFENDANT STEWART'S
FOOD, INC.'S MOTION FOR SUMMARY
JUDGMENT - 1
C:\Documents and Settings\tgraham\Local Settings\Temp\notes5F61FE\order.SJ.wpd

BURGESS FITZER, P.S.
ATTORNEYS AT LAW
1145 BROADWAY , SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324   FAX (253) 627-8928

///

Based on the evidence it is hereby ORDERED, ADJUDGED, AND DECREED that this defendant Stewart's Food, Inc.'s motion is hereby **granted**. The plaintiff's complaint against defendant Stewart's Food, Inc. is dismissed with prejudice and without costs.

DONE IN OPEN COURT THIS 15th day of October, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

BURGESS FITZER, P.S.

_____
MELANIE T. STELLA, WSBA No. 28736
Attorneys for defendant Stewart's

ORDER GRANTING DEFENDANT STEWART'S FOOD, INC.'S MOTION FOR SUMMARY JUDGMENT - 2
C:\Documents and Settings\tgraham\Local Settings\Temp\notes5F61FE\order.SJ.wpd

BURGESS FITZER, P.S.
ATTORNEYS AT LAW
1145 BROADWAY , SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324    FAX (253) 627-8928